The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-0084RSL |
| Plaintiff, | **ORDER AUTHORIZING REMOTE PLEA HEARING** |
| v. | |
| DION L. EARL, | |
| Defendant. | |

THE COURT has considered the stipulated motion to proceed with guilty plea hearing by video hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a video guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the parties' stipulation.

/ / /

/ / /

/ / /

Order Authorizing Remote Plea Hearing
*U.S. v. Dion L. Earl,* CR18-0084RSL - 1

UNITED STATES ATTORNEY
1201 P<small>ACIFIC</small> A<small>VENUE</small>, S<small>UITE</small> 700
T<small>ACOMA</small>, W<small>ASHINGTON</small> 98402
(253) 428-3800

Accordingly,

THE COURT ORDERS that the parties may proceed with a plea hearing by video conference, consistent with current procedures established by this Court.

IT IS SO ORDERED.

DATED this __10th__ of November, 2020.

*[signature: Robt S Lasnik]*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/Robert Goldsmith*
ROBERT GOLDSMITH
Counsel for Dion L. Earl

*s/Peter Geisness*
PETER GEISNESS
Counsel for Dion L. Earl

*s/Arlen R. Storm*
ARLEN R. STORM
Assistant United States Attorney

Order Authorizing Remote Plea Hearing
*U.S. v. Dion L. Earl, CR18-0084RSL* - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800